# CIVIL CALENDAR CALL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE    **FEDERICO A. MORENO**    Presiding

Case No.   17-62480-CV-MORENO            Date:  November 20, 2018

Clerk:        **Shirley Christie**            Reporter:   Gilda Pastor-Hernandez

**Marcelus, et al. v. Certified Multi-Media Solutions South, Inc., et al.**

Reason for hearing:  **Calendar Call for the two-week trial period beginning:**

                November 26, 2018


TIME:         19 minutes