# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __17-62480-CV-MORENO__   Date: __November 29, 2018__

Clerk: __**Shirley Christie**__   Reporter: __Gilda Pastor-Hernandez__

**Marcelus, et al. v. Certified Multi-Media Solutions South, Inc., et al.**

Reason for hearing: __**Status Conference**__

TIME:   5 minutes