UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-62480-CIV-MORENO

RICOT MARCELUS and LEO PATRICK
SEARS, JR.,

        Plaintiffs,

vs.

CERTIFIED MULTI-MEDIA SOLUTIONS
SOUTH, INC. and MARK PETERSON,

        Defendants.
_____/

## ORDER SETTING TRIAL

THIS CAUSE came before the Court upon the calendar call at the **November 20, 2018**.

**ADJUDGED** that trial shall commence before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **December 10, 2018 at 8:30 AM.**.

DONE AND ORDERED in Open Court on November 29, 2018, and signed in Chambers at Miami, Florida, this __3rd__ of December 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record